**William SINGLETARY,**
**Plaintiff–Appellant,**

v.

**EDGEFIELD POLICE DEPARTMENT; Edgefield County Sheriff's Department; Ken Durham, Major; Town of Edgefield; Ronald Carter, Chief of Police; Adell Dolbey, Sheriff of Edgefield County; Edgefield Detention Center; South Carolina Law Enforcement Division, Sled; Reginald I. Lloyd, Director; Paul Grant, Major, Sled; Chris Wash, Captain, Defendants–Appellees.**

No. 10–7726.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

William Singletary, Appellant Pro Se.
Daniel C. Plyler, Davidson & Lindemann,
PA, Columbia, South Carolina; Russell W.
Harter, Jr., Chapman, Harter & Groves,
PA, Greenville, South Carolina, for Appellees.

Before KING, SHEDD, and DIAZ,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William Singletary seeks to appeal the
district court's order dismissing his 42
U.S.C. § 1983 (2006) action. We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judgment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell*, 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on October 1, 2010, 2010
WL 3925252. The notice of appeal was
filed on December 10, 2010.* Because
Singletary failed to file a timely notice of
appeal or to obtain an extension or reopening of the appeal period, we dismiss
the appeal. Further, we deny Singletary's
request to proceed in forma pauperis, as
well as all pending motions, including his
motion to be relocated; motion for stay
and to remand to county court; motion for

---

* For the purposes of this appeal, we assume
that the date appearing on the notice of appeal is the earliest it could have been properly
delivered to prison officials for mailing to the
court. *See* Fed. R.App. P. 4(c); *Houston v.
Lack*, 487 U.S. 266, 276, 108 S.Ct. 2379, 101
L.Ed.2d 245 (1988).

a contempt citation; motion for expedited review; motion to appoint counsel; and motion for an ex-parte hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*